UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IPS CONTRACTING, INC.,

           Plaintiff(s),           Case No. 21-cv-10983

v.                                      Judge David M. Lawson

RIVIAN AUTOMOTIVE, LLC,        Magistrate Judge Anthony P. Patti

           Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Rivian Automotive, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☑    No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:  See attached sheet.
   Nature of Financial Interest:

Date: April 30, 2021                        /s/ Edward G. Lennon

                                              P42278
                                              Lennon Law PLLC
                                              355 S. Old Woodward, Suite 100
                                              Birmingham, Michigan 48009
                                              248.723.1276
                                              elennon@lennonlawpllc.com

*IPS Contracting, Inc. v. Rivian Automotive, LLC*

**ATTACHMENT TO RIVIAN AUTOMOTIVE, LLC
STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS
<u>AND FINANCIAL INTEREST</u>**

| Parent Corporation/Affiliate Name | Nature of Financial Interest |
|---|---|
| Rivian Automotive, Inc. | Parent corporation of Defendant Rivian Automotive, LLC |
| Amazon.com NV Investment Holdings LLC and Amazon.com, Inc. | Owns 10% or more of Rivian Automotive, Inc. |
| Ford Motor Company | Owns 10% or more of Rivian Automotive, Inc. |